UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE TREMAYNE BARGEMAN, | Case No. CV 10-7804-DOC(AJW) |
| Petitioner, | |
| v. | |
| TERRI GONZALEZ, Warden, et al. | JUDGMENT |
| Respondents. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: January 2, 2011

_/s/ David O. Carter_
David O. Carter
United States District Judge